IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14CR196 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| OSAMA HASSAN SALOUHA, | ) | NOTICE OF POTENTIALLY RELATED |
| SBEIH SBEIH, | ) | CASE |
| SAMAH SALOUHA, | ) | |
| | ) | |
| Defendants. | ) | |

Now comes counsel for the United States, and respectfully provides notice to this Court that this case, charging Defendants Osama Salouha, Sbeih Sbeih, and Samah Salouha, may be related to a civil forfeiture case assigned to the Honorable Christopher Boyko, in that this case contains criminal forfeiture allegations involving the same assets at issue in the civil forfeiture case before Judge Boyko in case number 1:13CV1455.

A copy of this notice will be forwarded to the Judge Boyko.

                                                            Respectfully submitted,

                                                            STEVEN M. DETTELBACH
                                                           United States Attorney

                                      By:   /s/ Michael L. Collyer
                                                Michael L. Collyer (OH: 0061719)

                                Assistant United States Attorney
                                United States Court House
                                801 West Superior Avenue, Suite 400
                                Cleveland, OH 44113
                                (216) 622-3744
                                (216) 522-2403 (facsimile)
                                Michael.Collyer@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of June 2014 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                /s/ Michael L. Collyer
                                Michael L. Collyer
                                Assistant U.S. Attorney