IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:14CR196 |
| | : | |
| vs. | : | Judge Donald C. Nugent |
| | : | |
| OSAMA HASSAN SALOUHA | : | |
| | : | **DEFENDANT'S ARRAIGNMENT** |
| Defendant. | : | **EXHIBIT LIST** |
| | : | |

Now comes Defendant Osama Hassan Salouha (hereinafter "Defendant Salouha"), by and through undersigned counsel, Michael C. Hennenberg and John D. Sammon, and respectfully submits to this Honorable Court his Arraignment Exhibit List.

Respectfully submitted,

/s/ Michael C. Hennenberg
MICHAEL C. HENNENBERG (0007882)
 Of Counsel
Dinn, Hochman & Potter, LLC
5910 Landerbrook Drive, Suite 200
Cleveland, Ohio 44124-6500
Telephone: (440) 544-2000
Facsimile: (440) 544-2002
E-mail: Mike@Hennenberglaw.com
Counsel for Defendant Osama Salouha

/s/ John D. Sammon
JOHN D. SAMMON (0033601)
19885 Detroit Road, Suite 178
Cleveland, Ohio 44116
(b) (440) 503-5225
E-mail: Jack.sammon66@gmail.com
Counsel for Defendant Osama Salouha

**BRIEF IN SUPPORT**

On June 25, 2014, Defendant Salouha is scheduled for Arraignment before this Honorable Court in the above captioned matter.

Defendant Salouha, by and through undersigned counsel, respectfully advises this Honorable Court it intends to introduce the following exhibits:

**EXHIBIT A:** June 22, 2014 Palestinian National Authority Correspondence advising that Defendant Salouha and his wife Samah Salouha have been denied permission to travel outside of Gaza.

**EXHIBIT B:** June 22, 2014 Palestinian National Authority Correspondence advising that Defendant Salouha, his wife Samah Salouha and their five (5) children – four (4) American born: Hassan Salouha, Yosra Salouha, Salma Salouha, and Farrah Salouha and one (1) born in Gaza city: Yousef Salouha, have lived in Gaza, Palestine since May 14, 2013.

**EXHIBIT C:** Hassan O. Salouha's U.S. Passport

**EXHIBIT D:** Yosra O. Salouha's U.S. Passport

**EXHIBIT E:** Salma Salouha's U.S. Passport

**EXHIBIT F:** Farrah Salouha's U.S. Passport

**EXHIBIT G:** Yousef Salouha's June 26, 2013 Gaza Birth Certificate

**EXHIBIT H:** Ohio Revised Code § 3109.401 (Children)

**EXHIBIT I:** Ohio Revised Code §3103.03 (Wife)

Wherefore, Defendant Osama Hassan Salouha, by and through undersigned counsel, Michael C. Hennenberg and John D. Sammon, respectfully submits to this Honorable Court his Arraignment Exhibit List.

Respectfully submitted,

/s/ Michael C. Hennenberg
MICHAEL C. HENNENBERG, Esq.
Counsel for Defendant Osama Salouha

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically this 25th day of June 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Michael C. Hennenberg
MICHAEL C. HENNENBERG, Esq.
Counsel for Defendant Osama Salouha